# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Quincy Cornell | ) | |
| Plaintiff(s) | ) | Case No. 13 C 4833 |
| | ) | |
| v. | ) | |
| Eileen O'Neill Burke, et al | ) | |
| Defendant(s) | | |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)

       and against defendant(s)
       in the amount of $               ,

            which ☐ includes        pre–judgment interest.

                    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
       and against plaintiff(s)

. Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Defendant Cook County Circuit Court Judge Eileen O'Neill Burke's Motion to dismiss Plaintiff's complaint and Defendants Sergeant Schassburger and Correctional Officer Maone's motion to dismiss Plaintiff's complaint and memorandum of Law in support are granted.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.

☐ tried by Judge            without a jury and the above decision was reached.

☒ decided by Judge Charles P. Kocoras on a motion to dismiss

Date:    11/8/2013                             Thomas G. Bruton, Clerk of Court

                                                         /s/ Yolanda Pagan, Deputy Clerk