UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QUINCY CORNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HON. EILEEN O'NEILL BURKE, | ) | |
| in her individual capacity; SERGEANT | ) | 13 C 4833 |
| MICHAEL J. SCHASSBURGER, | ) | |
| in his individual and official capacities; and | ) | |
| CORRECTIONAL OFFICER MALONE, | ) | |
| in his individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is Plaintiff Quincy Cornell's ("Cornell") motion for permission to appeal *in forma pauperis* without prepayment of fees. Cornell is appealing a final order entered by this Court on October 8, 2013 dismissing his fourteen count complaint pursuant to the Civil Rights Act of 1866, 42 U.S.C. §§ 1983, 1985, 1986, 1988. For the following reasons Cornell's motion is granted.

28 U.S.C. § 1915 allows any person to commence a civil action without the prepayment of fees, if the person is unable to pay those fees. 28 U.S.C. § 1915 (a)(1). According to Cornell's *in forma pauperis* application and financial affidavit, he is currently unemployed, receives $800.00 a month in unemployment benefits, and has not held a job since August 2013. He earned $2000.00 in his last month of

employment. Cornell is not married, but he lists a friend as a dependent in his affidavit.

Cornell indicates that he owns a home valued at $49,000.00 and maintains a checking account at First Midwest Bank valued at $0.00. He does not own an automobile. Cornell's monthly expenses include $600.00 for home mortgage payments, $50.00 for utilities, $300.00 for food, $50.00 for laundry and dry-cleaning, $50.00 for transportation, and $241.00 for association fees, totaling $1291.00.

Although Cornell receives monthly unemployment benefits of $800.00 and earned $2000.00 in his last month of employment, Cornell's lack of savings and $1291.00 in monthly expenses convince this Court that Cornell is unable to pay the fees associated with this proceeding. Therefore, the Court grants his motion to proceed *in forma pauperis*.

_____
Charles P. Kocoras
United States District Judge

Dated: November 15, 2013